E-Filing

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY WHITE AND MICHAEL FANTER,

Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY,

Defendant.

No. C 05 1180 PJH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration ☐ ENE ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR (*please identify process and provider*)

Private settlement mediation with J.A.M.S. or a similar service

Dated: 7/21/05

Attorney for Plaintiff CRAIG A. MILLER

Dated: 7-27-05

Attorney for Defendant JOHN C. HOLMES

IT IS SO ORDERED.

Dated: 8/1/05

UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Case 3:05-cv-01180-PJH Document 6 Filed 07/28/2005 Page 2 of 3

United States District Court
For the Northern District of California

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 7/27/05 HENRY WHITE and MICHAEL FANTER /S/
[Typed name and signature of plaintiff]

Dated: 7/27/05 CRAIG A. MILLER
[Typed name and signature of counsel for plaintiff]

Dated: SANDRA TILLOTSON
[Typed name and signature of defendant]
NEW YORK LIFE INSURANCE COMPANY

Dated: 7-27-05 JOHN C. HOLMES
[Typed name and signature of counsel for defendant]

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: ____________ HENRY WHITE and MICHAEL FANTER
[Typed name and signature of plaintiff]

Dated: ____________ CRAIG A. MILLER
[Typed name and signature of counsel for plaintiff]

Dated: 7/27/05 SANDRA TILLOTSON
[Typed name and signature of defendant]
NEW YORK LIFE INSURANCE COMPANY

Dated: 7-27-05 JOHN C. HOLMES
[Typed name and signature of counsel for defendant]

United States District Court
For the Northern District of California