1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Henry White and Michael Fanter, | ) CASE NO.   C 05 1180 PJH |
| Plaintiff, | ) |
| | ) Hon. Phyllis J. Hamilton |
| v. | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| New York Life Insurance Company, | ) ORDER RE: DISMISSAL WITH |
| | ) PREJUDICE |
| Defendants. | ) |
| | ) |
| | ) |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record whose signatures appear below that the above-captioned action be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).  This dismissal pertains, concerns, relates to and effects this action, only.  It does not pertain to, concern, relate to, effect or preclude, in any way, the lawsuit entitled <u>Henry White and Michael Fanter v. New York Life Insurance Company</u>,  LASC # MC016029.  This dismissal is expressly not intended to and does not effect the filing of a subsequent lawsuit by the Estate of Kathe White, based on the same general set of facts,

///

Stip and Proposed Order re: Dismissal

1  legal theories and causes of action, except and so far as the same may be
2  precluded, limited or impaired by applicable statutes of limitations.
3      SO STIPULATED.

5  DATE: September 07, 2005    LEVINE, STEINBERG, MILLER & HUVER

By:   /S/
    CRAIG A. MILLER
    Attorneys for Plaintiffs

11  DATE: September 07, 2005    BARGER & WOLEN, LLP

By:   /S/
    JOHN C. HOLMES
    Attorneys for Defendant
    New York Life Ins. Company

### ORDER

IT IS SO ORDERED:

DATED: 9/12/05

Hon. Phyllis J. Hamilton
U.S. DISTRICT COURT JUDGE

- 2 -    Stip and Proposed Order re: Dismissal

# PROOF OF SERVICE

Case:       WHITE v. NEW YORK LIFE INSURANCE COMPANY

Case No.:   C 05-01180 PJH

I am employed in the City and County of San Diego by the Law Firm of Levine, Steinberg, Miller & Huver, 550 West C. Street, Suite 1810, San Diego, California 92101. I am over the age of 18 years and not a party to the within action.

On September 12, 200 I served the attached document(s):

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes, addressed as shown below for service as designated below:

(A)   By First Class Mail: I caused each such envelope, with first-class postage thereon fully pre-paid, to be deposited in a recognized place of deposit of the U.S. mail in San Diego, California, for collection and mailing to the office of the addressee on the date indicated.

(B)   By Personal Service: I caused each such envelope to be personally delivered to the office of the addressee by a member of the staff of this law firm on the date indicated.

( C)  By Messenger Service: I caused each such envelope to be delivered to a courier employed by _____, with whom we have a direct billing account, who personally delivered each such envelope to the office of the addressee on the date indicated.

(D)   By Federal Express: I caused each such envelope to be delivered to Federal Express Corporation at San Diego, California, with whom we have a direct billing account, to be delivered to the office of the addressee on the next business day. I deposited this package at the _____ location.

(E)   By Facsimile: I caused such a document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers:

- 3 -                       Stip and Proposed Order re: Dismissal

| *SERVICE* | *ADDRESSEE/PHONE* | *PARTY REPRESENTED* |
|---|---|---|
| A | John C. Holmes, Esq.<br>BARGER & WOLEN<br>633 West 5th Street, 47th Floor<br>Los Angeles, California 90071-2043<br>Ph:  (213) 680-2800<br>Fax: (213) 614-7399<br>Direct: (213) 614-7316 | ATTY FOR NEW YORK LIFE INSURANCE COMPANY |

I declare under penalty of perjury under the laws of the State of California that the State of California that the foregoing is true and correct. Executed this September 12, 2005 at San Diego, California.

BETH LEMIEUX